NELLIE D. SONNE, Respondent, v. JAMES M. BROGAN and Another, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages for value of collateral given to secure a note. The order denies a motion for a new trial on the minutes.)

CHARLES E. GRAVES, Respondent, v. CLAUDE F. LIVINGSTON, Doing Business under the Assumed Name and Style of THE PHILADELPHIA BAKERY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for damages for wrongfully discharging plaintiff. The order denies a motion for a new trial on the minutes.)

EMMA P. GENRICH, Respondent, v. GOWANDA CO-OPERATIVE SAVING AND LOAN ASSOCIATION, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for the amount of real estate commissions in an action to recover real estate commissions. The order denies a motion for a new trial on the minutes.)

THOMAS J. NORTHWAY, INCORPORATED, Respondent, v. CARROLLTON A. ROBERTS, Appellant.— Orders affirmed, with costs. All concur. (The first order sets aside a jury verdict in a replevin action. The second order dismisses a counterclaim.)

GEORGE D. NEWTON, as Committee of the Person and Estate of MICHAEL P. BUCKLEY, an Incompetent Person, Appellant, v. CITIZENS BANK OF DANSVILLE, NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an action to recover a money deposit.)

SAMUEL FRANKEL, Appellant, v. FIRST NATIONAL BANK OF KENMORE, NEW YORK, Respondent, and MATTHEW D. YOUNG and Others, Defendants.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Order entered January 4, 1935.

MABEL SMITH FLETCHER, Appellant, v. VILLAGE OF VICTOR, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Memorandum: The dismissal of the complaint after the coming in of the jury verdict for plaintiff was on the merits. (Civ. Prac. Act, § 482.) We found no evidence in the record of negligence in defendant upon which a verdict for plaintiff could be based. (*Bryant* v. *Village of Potsdam*, 253 N. Y. 524.) Therefore, we affirmed the judgment as rendered, the plaintiff not having objected to the reservation of decision on the motion to dismiss the complaint and not having been prejudiced by the granting of the motion to dismiss after rather than before the jury rendered the general verdict. (*Glennon* v. *Erie Railroad Company*, 86 App. Div. 397, 400; affd., 180 N. Y. 562.) (See, also, *Gunn* v. *Lackawanna Steel Co.*, 177 App. Div. 277; affd., 226 N. Y. 651.) Order entered January 4, 1935.

STOKES BROTHERS, INCORPORATED, Respondent, v. CHARLES A. DREFS, JR., and Another, Appellants.— Records and briefs ordered filed by March fourth. Appeal from order dismissed as not appealable. (See *Lefler* v. *Field*, 47 N. Y. 407; *Van Slyke* v. *Hyatt*, 46 id. 259.)